UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>BALJINDER SAHOTA;<br>HUMBERTO R BEAS; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-02200-JAM-KJN<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), and the stipulation of the parties, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 5/2/2016        /s/ John A. Mendez
                                HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE